UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 1:24-cv-00095-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE <u>AS MODIFIED</u><br><br>(Doc. 14) |

    This action was removed from state court on January 19, 2024. (Doc. 1). On March 27, 2024, the Court issued a minute order resetting the scheduling conference to April 22, 2024. (Doc. 13).

    Pending before the Court is the parties' stipulated request to continue the scheduling conference. (Doc. 14). In their stipulation, the parties they have conferred regarding potential informal resolution of this matter and are working diligently to exchange information informally to ensure productive settlement discussions, but otherwise would like to conserve judicial resources as well as their own time and resources. Counsel for Defendant also represents having pre-booked air travel on April 22 and will not be able to appear at the scheduling conference as re-scheduled. The parties request that the Court continue the scheduling conference to July 15, 2024, or a later date.

1. Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

    1. The April 22, 2024, scheduling conference is continued to <u>July 18, 2024,</u> <u>at 9:30 AM</u> before Magistrate Judge Christopher D. Baker. The parties shall refile a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated: **March 28, 2024**

UNITED STATES MAGISTRATE JUDGE